In the Matter of STANLEY B. BERNSTEIN, an Attorney, Respondent. GRIEVANCE COMMITTEE FOR THE TENTH JUDICIAL DISTRICT, Petitioner.

Second Department, December 7, 1987

**APPEARANCES OF COUNSEL**

*Frank A. Finnerty, Jr. (Ruthann E. Geary* of counsel), for petitioner.

*Stanley B. Bernstein,* respondent *pro se.*

## OPINION OF THE COURT

Per Curiam.

The respondent was admitted to practice by this court on March 25, 1959.

On May 15, 1987, the respondent entered a plea of guilty in the County Court, Suffolk County, to a charge of grand larceny in the third degree (Penal Law former § 155.30), a class E felony.

Pursuant to Judiciary Law § 90 (4), the respondent ceased to be an attorney and counselor-at-law upon his conviction of a felony.

Accordingly, the respondent is disbarred and it is directed that his name be stricken from the roll of attorneys and counselors-at-law forthwith. The tender of the respondent's resignation is academic.

MOLLEN, P. J., MANGANO, THOMPSON, BRACKEN and HARWOOD, JJ., concur.